IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.R., FATHER OF C.R., K.R., AND
C.R., CHILDREN,

      Appellant,

 v.

                                    Case No.  5D22-1035
                                    LT Case No.  2018-DP-106

DEPARTMENT OF CHILDREN AND FAMILIES,

      Appellee.

_____/

Decision filed August 29, 2022

Appeal from the Circuit Court
for Citrus County,
Daniel B. Merritt, Sr., Judge.

Kari Jorma Myllynen, of The Law
Offices of K.J. Myllynen, Esq., Land
O'Lakes, for Appellant.

Rachel Batten, of Children's Legal
Services, Brooksville, for Appellee.

Sara Elizabeth Goldfarb and Amanda
Victoria Glass, of Statewide Guardian
ad Litem Office, Tallahassee, for
Guardian ad Litem.

PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS and EDWARDS, JJ., concur.